(March 1, 1894.)

## GRIFFITH v. MONTANDON.

OPINION granting a rehearing.

A. F. Montandon, for Appellant.

Kingsbury & Parsons, for Respondent.

No briefs on file upon the point decided by the court.

SULLIVAN, J.—This is a petition for a rehearing. It is based upon the ground of the unintentional error of the judge in permitting a misleading or false certificate to be inadvertently made a part of the bill of exceptions.

A certificate of the judge who settled the bill of exceptions is attached to and made a part of the petition for a rehearing showing that said first-named certificate is false.

In order that justice may be done, we think that a rehearing should be granted, and it is so ordered.